**SO ORDERED.**

**SIGNED this 09 day of March, 2011.**



_____Dale L. Somers_____
Dale L. Somers
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| *In re*: | |
|---|---|
| BROOKE CORPORATION, et al., <br><br> Debtors, | Case No. 08-22786-DLS <br> (Jointly Administered) <br> Chapter 7 |
| Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, Brooke Capital Corporation and Brooke Investments, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Defendants Listed on Exhibits 1 and 2 of Trustee's Emergency Motion. | Adv. Nos. Refer to Exhibits 1 and 2 of Trustee's Emergency Motion |

**SUPPLEMENTAL ORDER ON**

**ORDER GRANTING THE TRUSTEE'S EMERGENCY OMNIBUS MOTION FOR EXTENSION OF TIME OF CERTAIN CRITICAL DEADLINES IN ADVERSARY PROCEEDINGS AND FOR STAY OF ADVERSARY PROCEEDINGS PENDING ENTRY OF ORDER REGARDING THE OMNIBUS PROCEDURES MOTION**

*AND*

# ORDER SETTING BRIEFING DEADLINES AND SPECIAL HEARING DATE ON THE TRUSTEE'S OMNIBUS PROCEDURES MOTION

This Order supplements this Court's ORDER GRANTING THE TRUSTEE'S EMERGENCY OMNIBUS MOTION FOR EXTENSION OF TIME OF CERTAIN CRITICAL DEADLINES IN ADVERSARY PROCEEDINGS AND FOR STAY OF ADVERSARY PROCEEDINGS PENDING ENTRY OF ORDER REGARDING THE OMNIBUS PROCEDURES MOTION *AND* ORDER SETTING BRIEFING DEADLINES AND SPECIAL HEARING DATE ON THE TRUSTEE'S OMNIBUS PROCEDURES MOTION entered by the Court on January 25, 2011 (the "January 25 Order")[Docket No. 1800].

After having considered the pleadings presented and the arguments made by counsel at the Court's February 25, 2011 hearing in this matter, the Court finds that cause exists to enter this Order in supplementation of the January 25 Order. It is therefore ORDERED that the following new deadlines shall apply to the Adversary Proceedings identified in Exhibits 1 and 2 of the Trustee's Emergency Motion[1] unless otherwise noted herein:

    a.    <u>Deadline for Filing Responsive Pleadings to Complaints</u>:  The deadline for Defendants to file a responsive pleading to their respective Complaints shall be as follows:

| | |
|---|---|
| Category A: | May 2, 2011 |
| Category B: | May 2, 2011 |
| Categories C-1 and C-2: | May 2, 2011 |
| Category D Adversaries 10-06210, 10-06225, 10-06244 and 10-06246: | May 2, 2011 |

---

[1] Pursuant to this Court's separate ruling, Adversary Proceeding No. 09-06070 against SpiritBank and The Leland Orr Self Directed IRA Account will not be a part of or subject to the Trustee's Omnibus Procedures Motion. In addition, Adversary Proceeding No. 10-06246 will not be a part of or subject to the Trustee's Omnibus Procedures Motion.

KCP-4105003-2

        Category D Adversaries
        10-06240, 10-06241,
        10-06242, 10-06243,
        And 10-06245:        August 31, 2011

    b.    <u>Revision and Briefing Schedule on the Trustee's Omnibus Procedures Motion</u>: Category B, C-1 and C-2 defendants shall have up to and including March 7, 2011 to circulate proposed revised Orders Approving the Omnibus Procedures Motion. Category A defendants shall have up to and including March 14, 2011 to circulate a proposed revised Order Approving the Omnibus Procedures Motion. The Trustee shall have up to and including March 21, 2011 to file with this Court proposed revised Orders Approving the Omnibus Procedures Motion for Categories A, B, C-1 and C-2. The Court will hold a hearing on the Trustee's Revised Omnibus Procedures Motion on March 28, 2011 beginning at 1:30 p.m. Counsel may appear telephonically at that hearing.

    c.    <u>Certain Category D Adversaries</u>: The Trustee and Category D defendants in Adversaries 10-06240, 10-06241, 10-06242, 10-06243, and 10-06245 shall prepare separate proposed scheduling orders for each of these five adversary proceedings.

    d.    <u>Stay of Adversary Proceedings Pending Resolution of the Procedures Motion</u>: With the exception of the foregoing deadlines, all other matters in the Adversary Proceedings shall be stayed pending entry of the orders from this Court regarding the Procedures Motion, provided however, that nothing contained herein shall prevent the Trustee from amending any complaint in any of the adversary proceedings. To the extent necessary or applicable, this Order shall constitute leave of the Court authorizing the Trustee to amend any such adversary complaint.

IT IS SO ORDERED.

###

Submitted by:

s/ *John J. Cruciani*
John J. Cruciani       #16883
Michael D. Fielding    #20562
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
(816) 983-8000; FAX (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com

KCP-4105003-2

Case 08-22786   Doc# 1921   Filed 03/09/11   Page 3 of 4

*-and-*

s/ Cynthia F. Grimes
Cynthia F. Grimes, KS#12075
Steven R. Rebein, KS#12858
GRIMES & REBEIN, LC
15301 W 87th St Ste 200
Lenexa, KS 66219
(913)888-4800 (telephone)
(913) 888-0570 (facsimile)
cgrimes@grimesandrebein.com

*-and-*

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
(*Admitted Pro Hac Vice*)
Alex Govze, MN SBN 0388626
(*Admitted Pro Hac Vice*)
ASK FINANCIAL LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Phone (651) 406-9665 ext. 842
Fax (651) 406-9676
agovze@askfinancial.com

*Attorneys for Trustee*


Approved By:

s/ Paul D. Sinclair
PAUL D. SINCLAIR KS #22799
BRENDAN L. McPHERSON KS #23771
POLSINELLI SHUGHART PC
1700 Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (FAX)
PSinclair@Polsinelli.com
BMcPherson@Polsinelli.com

*Attorneys for Various Defendants*

KCP-4105003-2