IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:                                      )
                                            )    Case No. 08-22786-7 DLS
BROOKE CORPORATION, et al,                  )    Joint Administration
                          Debtors.          )

MOTION TO APPROVE AND AUTHORIZE PAYMENT
OF RECOVERY FEE TO OVERPAID PAYABLES RECOVERY, INC.

COMES NOW the Chapter 7 Trustee herein, Christopher J. Redmond, and states as follows:

1. Christopher J. Redmond is the Successor Chapter 7 Trustee of these jointly administered bankruptcy estates pursuant to an entry setting out his appointment on November 3, 2011, in this matter.

2. On October 15, 2009, the former Trustee filed an Application to Employ D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc., to provide recovery services pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014 ("Application") (Doc# 849). The Trustee sought the services of D&H Credit Services, Inc./Overpaid Payables Recovery, Inc. to recover any overpayments of accounts payable, sales and use taxes, telecommunications, and utility transactions, and to recover payment on trade receivables. On November 12, 2009, an Order was entered approving the Application (Doc# 948).

3. On April 21, 2010, the former Trustee caused to be filed a Supplement to the Application for employment of D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc. (Doc# 1240), and an Order was entered granting said Motion on May 17, 2010 (Doc# 1290).

4. The Supplement to the Application set out that the Trustee was supplementing the Application to authorize D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc., to pursue other accounts of the bankruptcy estates and any unclaimed property that may be in the possession of various states' unclaimed property funds.

5. Additionally, the Supplement to the Application sought authority to pay fifty percent (50%) of any amounts recovered by D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc.. The Supplement set forth that the fee structure set out in its Application and provided within the Supplement was fair and reasonable and should be approved under §328(a) without the need for any subsequent approvals or applications. The Order entered granting the Supplement only sets forth that the Motion was approved with none of the language cited about specifics of payment to D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc., and the agreement of the parties.

6. The Successor Trustee herein requested that the Court enter an Order finding that all funds recovered by these entities should be sent to this Trustee in their entirety, and upon Motion duly made and Notice of the recovery, as well as the fees then due to said parties, and upon an Order entered approving the same, then such fees may be paid to D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc., and on April 14, 2014, the Court entered an Order (Doc# 5162) granting the Trustee's requests.

KCP-4454295-7

Case 08-22786    Doc# 5422    Filed 03/11/15    Page 2 of 4

7. The Trustee requested this change in order that the Court and the Office of the United States Trustee will have knowledge of any continued recovery efforts and funds received in these matters, as well as the fees requested for these services.

8. On August 18, 2014, the Trustee filed a Motion to Amend Order Approving Motion In Aid Of Collection Of Unclaimed Property (Doc# 5315), revising the original Application to employ the services of D&H Credit Services, Inc./ Overpaid Payables Recovery, Inc., the Supplement filed April 21, 2010 (Doc# 1240), and the Motion filed on June 25, 2010 (Doc# 1341), to limit the scope of the Order to the three (3) Debtors herein and Brooke Agency Services Company, LLC.

8. The Trustee at this time advises the Court and parties of interest of the recovery and his receipt of the following funds:

| | | |
|---|---|---|
| a. | Refund of Unclaimed Property – State of Kansas | $ 340.65 |
| b. | Refund of Unclaimed Property – State of Michigan | $ 587.44 |
| c. | Refund of Unclaimed Property – State of Nebraska | $ 112.25 |
| d. | Refund of Unclaimed Property – State of Kansas | $ 62,234.85 |
| | Total Received | $ 63,275.19 |

9. Pursuant to the Application and Supplement, there is now due to Overpaid Payables Recovery, Inc., a recovery fee in the amount of $31,637.60. (See Exhibit "A" attached hereto.)

10. The Trustee requests that the recovery fee now due and owing to Overpaid Payables Recovery, Inc., be approved and that he be authorized to disperse the same to Overpaid Payables Recovery, Inc., from the recovery funds.

WHEREFORE, the Trustee requests that the Court enter an Order approving this Motion; acknowledging the recovery funds and the amount; approving the recovery fee to Overpaid

Payables Recovery, Inc., in the sum of $31,637.60, for such recovery received by the Trustee; authorizing the Trustee to pay the recovery fee from the recovery funds received; and for such other and further relief as the Court deems just and proper.

DATED: March 11, 2015

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #7307
Chapter 7 Trustee
*HUSCH BLACKWELL LLP*
4801 Main St., Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080
christopher.redmond@huschblackwell.com

CERTIFICATE OF SERVICE

The Undersigned hereby states that on March 11, 2015, the above and foregoing Motion was electronically filed with the Clerk of the United States Bankruptcy Court for the District of Kansas and was served electronically upon the Office of the United States Trustee and all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing. On this same date, a true and correct copy of this Motion was also served by United States Mail, postage prepaid, upon all parties as shown within the Limited Matrix on file with this Motion, and to:

Overpaid Payables Recovery, Inc.
6009 West Parker Road, Suite 149-121
Plano, Texas 75093

*s/ Cindy Houser*

KCP-4454295-7