**SO ORDERED.**

**SIGNED this 3rd day of April, 2015.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re BROOKE CORPORATION,<br>a Kansas corporation, | Case No. 08-22786<br>Chapter 7 |
| In re BROOKE CAPITAL CORPORATION,<br>a Kansas corporation, | Case No. 08-22789-DLS<br>Chapter 7 |
| CITIZENS BANK & TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN FIDELITY MANAGING AGENCY LLC, et al<br><br>Defendants. | Adversary Proceeding No. 08-06132 |

**ORDER GRANTING MOTION BY CITIZENS BANK & TRUST COMPANY FOR ENTRY OF AN ORDER DIRECTING PAYMENT BY CHRISTOPHER REDMOND, <u>CHAPTER 7 TRUSTEE</u>**

CAME ON FOR CONSIDERATION the Motion by Citizens Bank & Trust (the "Bank") for Entry of an Order Directing Payment by Christopher Redmond, Chapter 7 Trustee (the "Motion") [Docket No. 5418; Adv. Docket No. 282]. The Motion was noticed to all relevant parties in interest in each of the above referenced cases and adversary proceedings [Docket No. 5419; Adv. Docket No. 283], the objection deadline was set as March 31, 2015 and no objection has been filed. The Court has reviewed the Motion and the relief requested is appropriate. Therefore, the Court rules as follows:

1. On October 5, 2012, this Court entered its Opinion Determining Parties' Entitlement to Proceeds of FLAC Stock in the above captioned adversary proceeding (the "Opinion").

2. As is set forth in the Opinion, shortly after the Brooke bankruptcy cases were commenced, the Trustee sold stock in First Life Assurance Company ("FLAC") owned by Brooke Capital Corporation pursuant to § 363 of the Bankruptcy Code and the proceeds from the sale have been held on deposit by the Trustee pending the final outcome of this Adversary Proceeding.

3. After the sale, the Bank commenced the above-captioned Adversary Proceeding seeking a determination by the Court as to entitlement to the sale proceeds by the possible claimants.

4. During the course of this matter, the parties reached settlement with two of the claimants to the sale proceeds, which this Court approved, and therefore resolved their claims to the sale proceeds as follows: First, the parties agreed to, and the Court ordered, a payment to StoneRidge Investments ("StoneRidge"), the broker who made a claim to the sale proceeds, in full and final satisfaction of its claim to the sale proceeds. Second, the parties agreed to a payment to the Bank of Kansas ("BOK") in full and final satisfaction to its claim to the sale

proceeds. Each of these payments has been made and as a result, neither StoneRidge nor BOK have a claim to the sale proceeds.

5. In addition, the Trustee disclaimed any right in and to the remaining sale proceeds.

6. According to information provided by the Trustee, the amount of the sale proceeds remaining after the settlement payments as of January 2, 2015, is $2,052,996.70 plus interest accruing thereafter (the "Remaining Funds"). The Remaining Funds are on deposit with Enterprise Bank & Trust.

7. As a result of the settlements and the Trustee's disclaimer, the only parties who asserted a claim to the Remaining Funds were the Bank, Security First Insurance Holdings, LLC, Southern Fidelity Managing Agency, LLC, Southern Fidelity Managing Agency, LLC and Northern Capital, Inc. (collectively the "Defendants").

8. In the Opinion, the Court ruled that the Bank's claim to the Remaining Funds is superior to the claims of the Defendants. The Defendants appealed the Opinion and the appeal was heard by the District Court. At the District Court level, the Defendants successfully obtained a ruling reversing the Opinion.

9. The Bank then appealed to the Tenth Circuit Court of Appeals (the "Circuit") and by order and judgment entered on December 8, 2014, the Circuit reversed the District Court (the "Circuit Ruling").

10. The Defendants sought no reconsideration of the Circuit Ruling.

11. Pursuant to 28 U.S.C. § 2101(c), the Defendants had 90 days from December 8, 2014 to seek review of the Circuit Ruling by the Supreme Court, but did not do so; the Circuit Ruling is now final, and is neither appealable nor reviewable. As a result, the Opinion is the law in this case.

3

Case 08-22786    Doc# 5425    Filed 04/03/15    Page 3 of 5

12. In the Amended Complaint commencing this Adversary Proceeding, the Bank's prayer, in part, was for an order of this Court directing that the proceeds from the sale of the FLAC Stock be delivered to the Bank (doc. 23).

13. Based on the Opinion and the settlements, all of the Remaining Funds on deposit at Enterprise Bank &Trust and under the control of the Trustee should be distributed to the Bank.

14. In the Motion, the Bank seeks an order of this Court directing the Trustee to pay the Remaining Funds jointly to counsel for the Bank and the Bank in full and final satisfaction and resolution of this Adversary Proceeding, upon which payment, this Adversary Proceeding may be closed and such relief is appropriate.

ACCORDINGLY, IT IS HEREBY ORDERED:

15. The Motion is granted.

16. The Trustee is authorized and directed to take such actions as are necessary and appropriate to close the account at Enterprise Bank & Trust containing the Remaining Funds and shall cause the Remaining Funds to be paid jointly to "Citizens Bank & Trust Company and Stinson Leonard Street LLP" in full and final satisfaction and resolution of this Adversary Proceeding. The check shall be delivered to the attention of Mark Shaiken, counsel for the Bank.

17. The 14-day stay is waived and the Trustee is authorized to, immediately upon entry of this Order, disburse the funds for which approval is hereby granted.

IT IS SO ORDERED.

####

SUBMITTED:

STINSON LEONARD STREET LLP

By: /s/ Mark Shaiken
Mark A. Shaiken KS #11011
1201 Walnut Street, Suite 2900
Kansas City, MO  64106
(816) 842-8600 Telephone
(816) 691-3495 Facsimile
mark.shaiken@stinsonleonard.com
*Attorneys for Citizens Bank and Trust Company*

AGREED TO:

HUSCH BLACKWELL LLP

By: /s/ John J. Cruciani
John J. Cruciani        #16883
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
john.cruciani@huschblackwell.com
*Attorney for Trustee*