**SO ORDERED.**

**SIGNED this 15th day of October, 2020.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 08-22789-7 DLS |
| BROOKE CORPORATION ) | |
| Debtor. ) | |

### ORDER APPROVING AND AUTHORIZING THE
### DESTRUCTION OF THE RECORDS OF BROOKE CORPORATION

NOW the above-captioned matter comes before this Court upon the Motion of the Chapter 7 Trustee of the bankruptcy estate of Brooke Corporation (the "Debtor"), Christopher J. Redmond (the "Trustee"), by and through his counsel of record, requesting an Order approving and authorizing the destruction of the records of Brooke Corporation. The Trustee filed the Motion on September 22, 2020 (Doc# 6364), together with a Notice (Doc# 6365), which provided for an objection deadline of October 13, 2020. The Motion and Notice were served upon the Office of the United States Trustee, all parties receiving CM/ECF notification in this matter and all parties

of interests as shown within the limited matrix attached to the Motion and Notice on file with the Court. To date, no objections or responses have been filed with the Court in this matter, nor have any objections or responses been served upon the Trustee or his counsel.

The Court, having jurisdiction herein, finds as follows:

1. The Trustee took into and has in his possession numerous boxes of records belonging to this Debtor to insure he had information and documentation to prepare tax returns, review proofs of claim, determine the employees of the Debtor, review prior transactions and numerous other tasks needed in this matter and to control any sensitive information contained therein.

2. Within the office files are boxes of agreements entered into by the Debtor with individuals and companies, which include tax identification numbers, Social Security numbers, personal account applications and other proprietary information, as well as other company boxes for accounts receivables, loans, etc.

3. This bankruptcy case is now at the stage where the Trustee has liquidated all of the assets, has had necessary tax returns prepared and the office documents are no longer necessary for the administration of this bankruptcy estate.

4. The Trustee seeks approval and authority to destroy these records, in order to dispose of said records and for the protection of innocent third parties. The Trustee is in the process of preparing a Trustee's Final Report and this is one of the actions necessary to be able to file a Trustee's Final Report for this proceeding.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Motion before this Court and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Notice provided by the Trustee to the Motion approving and authorizing the destruction of records held by or on behalf of the Trustee was due, proper and sufficient, and no further or additional notice is necessary or required.

IT IS BY THE COURT FURTHER ORDERED that the Trustee's Motion is hereby GRANTED.

IT IS BY THE COURT FURTHER ORDERED that is hereby APPROVED and the Trustee is hereby AUTHORIZED to destroy any and all files in the possession of or under the control of the Trustee, including, but not limited to, boxes of agreements entered into by the Debtor with individuals and companies, which including tax identification numbers, Social Security numbers, personal account applications, employee records and other proprietary information, as well as any other paper or electronic records from former operations of the Debtor.

IT IS SO ORDERED.

###

SUBMITTED BY:

*s/ Christopher J. Redmond*
CHRISTOPHER J. REDMOND, KS BAR #07307
REDMOND LAW FIRM LLC
13220 Metcalf, Suite 310
Overland Park, KS 66213
Telephone: 913-379-1100
Fax: 913-379-1109
christopher.redmond@christopherredmondlawfirm.com

*ATTORNEY FOR CHAPTER 7 TRUSTEE*