## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
### KANSAS CITY, KANSAS

In re: BROOKE CORPORATION § Case No. 08-22786-7
§
§
§
Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 10/28/2008. The case was converted to one under Chapter 7 on 06/29/2009. The undersigned trustee was appointed on 11/03/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S. C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $39,896,903.64

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $20,217,626.31 |
| Bank Service Fees | $150,456.52 |
| Other payments to creditors | $5,519,635.67 |
| Non-estate funds paid to 3rd Parties | $64,054.10 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of [1] | $13,945,131.04 |

The remaining funds are available for distribution.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/09/2009 and the deadline for filing governmental claims was 02/05/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,218,235.49 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $992,634.91 as interim compensation and now requests the sum of $225,600.58 , for a total compensation of $1,218,235.49 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $4,205.59 , and now requests reimbursement for expenses of $17,220.18 , for total expenses of $21,425.77 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2021    By: /s/ Christopher J. Redmond, Chapter 7 Trustee
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No: 08-22786-7
Case Name: Brooke Corporation
Trustee Name: Christopher J. Redmond

**Balance on hand:** $13,945,131.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 589 | Terry M. Baisde | $290,000.00 | $290,000.00 | $0.00 | $0.00 |
| 611 | Loan Participants | $8,961,703.38 | $0.00 | $0.00 | $0.00 |
| 71 | Aqua Pure of Kansas/Leaf | $62,427.77 | $62,427.77 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $13,945,131.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | Christopher J. Redmond, Ch. 7 Trustee | $945,071.13 | $719,470.55 | $225,600.58 |
| *Trustee, Expenses* | Christopher J. Redmond, Ch. 7 Trustee | $17,220.18 | $0.00 | $17,220.18 |
| *Attorney for Trustee, Fees* | Redmond Law Firm LLC | $173,781.00 | $119,232.00 | $54,549.00 |
| *Attorney for Trustee, Expenses* | Redmond Law Firm LLC | $6,005.12 | $5,540.07 | $465.05 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |
| *Charges,* U.S. Bankruptcy Court | | $22,465.00 | $0.00 | $22,465.00 |
| *Fees,* United States Trustee | | | | |
| Other | Albert Riederer, Original Trustee (Expenses) | $4,205.59 | $4,205.59 | $0.00 |
| Other | Albert Riederer, Original Trustee (Fees) | $273,164.36 | $273,164.36 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $320,299.81
Remaining balance: $13,624,831.23

**UST Form 101-7-TFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Attorney for Debtor, Fees* | | | | |
| *Attorney for Debtor, Expenses* | | | | |
| *Attorney for* | *, Fees* | | | |
| *Attorney for* | *, Expenses* | | | |
| *Accountant for* | *, Fees* | | | |
| *Accountant for* | *, Expenses* | | | |
| *Other* | Wisconsin Electric Power Company | $1,783.55 | $0.00 | $1,783.55 |

Total to be paid for prior chapter administrative expenses: $1,783.55
Remaining balance: $13,623,047.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,142.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 43 | Barbara Winters (net $443.84/w/h taxes $196.17) | $640.00 | $640.00 | $0.00 |
| 189 | Melanie Ewing (net $1,407.55/w/h taxes $622.08) | $2,029.63 | $2,029.63 | $0.00 |
| 470 | Debra Bienhoff (net $350.14/w/h taxes $154.76) | $504.90 | $504.90 | $0.00 |
| 477 | Teresa Castro (net $289.38/w/h taxes $140.02) | $429.40 | $429.40 | $0.00 |
| 575 | Michael Fear (net $823.07/w/h taxes $715.40) | $1,538.47 | $1,538.47 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $13,623,047.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,220,116.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.5 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | KKB Insurance Services Rosemarie Simmons | $21,000.00 | $0.00 | $6,327.66 |
| 42 | Gateway Services of Columbus, Inc. | $230,231.33 | $0.00 | $69,399.82 |
| 72 | Aqua Pure of Kansas/Leaf | $2,568.66 | $0.00 | $773.98 |
| 77 | Pitney Bowes Global Financial Services | $2,944.91 | $0.00 | $887.35 |
| 82 | RMS Service Group, Inc. | $1,069.00 | $0.00 | $322.11 |
| 83 | RMS Service Group, Inc. | $1,068.00 | $0.00 | $321.81 |
| 94 | Mount Vernon Fire Insurance Co. | $49,564.46 | $0.00 | $14,934.63 |
| 95 | US Underwriters Insurance Co. | $975.66 | $0.00 | $293.98 |
| 97 | United States Liability Insurance Co. | $53,180.89 | $0.00 | $16,024.33 |
| 109 | Thomson West | $4,132.38 | $0.00 | $1,245.16 |
| 117 | RelianzBank | $116,828.20 | $0.00 | $35,202.37 |
| 127 | Lindquist & Vennum PLLP | $1,487.25 | $0.00 | $448.13 |
| 134 | Verizon California, Inc. | $566.17 | $0.00 | $170.60 |
| 141 | R. Jeffrey Markovic | $63,867.36 | $0.00 | $19,244.35 |
| 184 | Aztec Building Maintenance, Inc. | $1,027.69 | $0.00 | $309.66 |
| 196 | Marketwire, Inc. | $3,267.50 | $0.00 | $984.55 |
| 210 | Heinze Enterprises, Inc. | $48,437.22 | $0.00 | $14,594.98 |
| 238 | Armed Forces Bank, N.A., as sucessor by merger | $4,139,515.62 | $0.00 | $1,247,307.97 |
| 247 | MJH Insurance and Financial Services, Inc. | $6,969.89 | $0.00 | $2,100.15 |
| 250 | Mathews Moving & Storage, Inc. | $280.00 | $0.00 | $84.37 |
| 269 | Richard Passalaqua | $904.33 | $0.00 | $272.49 |
| 277 | Qwest Corporation | $15,763.55 | $0.00 | $4,749.83 |
| 280 | Giannini & Falabrino Properties | $3,926.16 | $0.00 | $1,183.02 |
| 282 | CIT Technology Financing Services Inc. | $1,201.33 | $0.00 | $361.98 |
| 300 | Brownlee Marketing & Advertising Inc. | $13,925.00 | $0.00 | $4,195.84 |
| 306 | CPros, Inc. | $2,312.50 | $0.00 | $696.80 |
| 316 | Matteson Motors Inc. | $2,876.91 | $0.00 | $866.86 |
| 320 | AT&T | $913.54 | $0.00 | $275.27 |
| 333 | Aequicap Program Administrators | $20,501.89 | $0.00 | $6,177.58 |
| 337 | Benefitfocus.com, Inc. | $2,634.95 | $0.00 | $793.96 |
| 343 | WNCN Television (8602) | $5,129.75 | $0.00 | $1,545.68 |
| 344 | KPLR Television (8097) | $5,117.00 | $0.00 | $1,541.84 |
| 349 | Pitney Bowes Global Financial Services | $4,944.30 | $0.00 | $1,489.80 |
| 368 | United Parcel Service | $23,330.23 | $0.00 | $7,029.80 |
| 382 | AT&T Long Distance, LLC | $19,009.02 | $0.00 | $5,727.75 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 388 | TXU Energy Retail Company LLC | $6,047.27 | $0.00 | $1,822.15 |
| 389 | Pitney Bowes Global Financial Services | $348.60 | $0.00 | $105.04 |
| 390 | Pitney Bowes Global Financial Services | $4,849.50 | $0.00 | $1,461.24 |
| 391 | Select Staffing | $31,510.56 | $0.00 | $9,494.68 |
| 394 | AT&T | $961.06 | $0.00 | $289.58 |
| 395 | Canon Financial Services, Inc. | $12,063.84 | $0.00 | $3,635.04 |
| 396 | Thunderbird East 05 A, LLC | $46,522.16 | $0.00 | $14,017.93 |
| 399 | Rental Management, Inc. | $4,844.16 | $0.00 | $1,459.63 |
| 423 | KSHB Television (294) | $1,283.50 | $0.00 | $386.74 |
| 424 | KMCI Television (6313) | $1,334.50 | $0.00 | $402.11 |
| 427 | Shughart Thomson & Kilroy | $70,262.62 | $0.00 | $21,171.35 |
| 442 | WAVY WVBT | $7,909.25 | $0.00 | $2,383.19 |
| 445 | Penmac Personnel Service, Inc. | $9,816.13 | $0.00 | $2,957.77 |
| 455 | Black & Veatch Corporation | $116,076.87 | $0.00 | $34,975.98 |
| 459 | Holme Roberts & Owen LLP | $25,192.50 | $0.00 | $7,590.94 |
| 462 | Adecco USA, Inc. | $5,714.11 | $0.00 | $1,559.05 |
| 489 | Verizon Wireless Midest | $151.22 | $0.00 | $45.57 |
| 502 | Security State Bank | $1,984,992.81 | $0.00 | $598,112.82 |
| 503 | Security State Bank | $1,539,258.78 | $0.00 | $463,805.41 |
| 506 | Capstone Underwriters, Inc. | $1,829.51 | $0.00 | $551.26 |
| 517 | Nielsen | $144,185.00 | $0.00 | $43,445.45 |
| 523 | Sands Anderson Marks & Miller P.C. | $2,999.00 | $0.00 | $903.65 |
| 534 | Sunnex Premium Finance | $2,173.86 | $0.00 | $655.02 |
| 538 | Pitney Bowes Global Financial Services | $45,192.44 | $0.00 | $13,617.27 |
| 541 | Leonardo G. Matluk | $16,969.00 | $0.00 | $5,113.05 |
| 552 | Ajilon Professional Staffing, LLC | $5,390.32 | $0.00 | $1,624.20 |
| 565 | Bowne of Chicago, Inc. | $106,083.00 | $0.00 | $31,964.65 |
| 568 | Somerset Village 04 Exchange 04 LLC | $49,124.48 | $0.00 | $14,802.06 |
| 570 | Greater Louisiana Staffing, inc. | $2,689.50 | $0.00 | $810.39 |
| 572 | G & G Executive Transportation | $8,160.00 | $0.00 | $2,458.75 |
| 579 | Judith L. Gutierrez | $547.00 | $0.00 | $164.82 |
| 590 | KRB Management, Inc. | $64,426.04 | $0.00 | $19,412.69 |
| 592 | Jetex Logistics, LLC | $1,444.23 | $0.00 | $435.17 |
| 599 | American Empire Surplus Lines Insurance Company | $40,490.95 | $0.00 | $12,200.63 |
| 611-1 | VonWin Capital Management, LP | $198,503.94 | $0.00 | $59,812.69 |
| 611-2 | Kaw Valley State Bank f/k/a First National Bank of St. Mary | $200,000.00 | $0.00 | $60,263.47 |
| 611-3 | First United Bank & Trust | $1,485,819.50 | $0.00 | $447,703.23 |
| 611-4 | ZB, N.A. d/b/a Nevada State Bank | $850,000.00 | $0.00 | $256,119.77 |

| | | | | |
|---|---|---:|---:|---:|
| 611-5 | Indigo Investments, LLC | $713,958.80 | $0.00 | $215,128.19 |
| 611-6 | Astra Bank<br>f/k/a Midwest Community Bank | $920,726.94 | $0.00 | $277,431.02 |
| 611-7 | Central Bank of Oklahoma<br>f/k/a ONB Bank & Trust Co. | $942,048.50 | $0.00 | $283,855.58 |
| 611-8 | Union State Bank | $1,367,660.04 | $0.00 | $412,099.73 |
| 634 | Robert Juergens | $5,770.06 | $0.00 | $1,738.62 |
| 639 | Protection One | $285.24 | $0.00 | $85.95 |
| 656 | American Family Insurance Company | $3,088.72 | $0.00 | $930.68 |
| 667 | FedEx Customer Info Services | $6,547.25 | $0.00 | $1,972.80 |
| 679 | Allstate Insurance Co.<br>ASO David Rispler | $2,132.26 | $0.00 | $642.49 |
| 682 | Pitney Bowes Global Financial Services | $2,685.91 | $0.00 | $809.31 |
| 743 | KOCO Television (0339) | $2,337.50 | $0.00 | $704.33 |
| 746 | State Exchange Bank of Mankato | $56,637.50 | $0.00 | $17,065.86 |
| 747 | Southern California Edison Company | $2,411.03 | $0.00 | $726.49 |
| 748 | eNR Services, Inc. | $17,033.00 | $0.00 | $5,132.34 |
| 773 | Kansas City Power & Light | $125.09 | $0.00 | $37.69 |
| 774 | Kansas City Power & Light | $157.41 | $0.00 | $47.43 |
| 835 | Salesgenie.com | $1,500.00 | $0.00 | $451.98 |
| 841 | Salesgenie.com | $1,327.41 | $0.00 | $399.97 |
| 854 | Portland General Electric PGE | $430.69 | $0.00 | $129.77 |
| 864 | Caliper | $9,639.00 | $0.00 | $2,904.40 |
| 871 | Morristown Utilities | $499.50 | $0.00 | $150.51 |
| 890 | Westpark Walk Onwer LLC | $13,049.56 | $0.00 | $3,932.06 |
| 906 | City of Phillipsburg | $3,574.44 | $0.00 | $1,077.04 |
| 908 | KCPL Greater Missouri Operations Co. | $355.86 | $0.00 | $107.23 |
| 909 | KCPL Greater Missouri Operations Co. | $351.21 | $0.00 | $105.83 |
| 916 | Crater Center Associates | $3,439.80 | $0.00 | $1,036.47 |
| 918 | Clearco | $582.00 | $0.00 | $175.37 |
| 927 | P.A.C.E. | $6,000.00 | $0.00 | $1,807.90 |
| 929 | Prairie Land Electric | $9,141.63 | $0.00 | $2,754.53 |
| 933 | Expedia | $5,758.33 | $0.00 | $1,735.08 |
| 942 | Insuramax Inc. | $17,968.58 | $0.00 | $5,414.25 |
| 943 | Insuramax Inc. | $14,290.11 | $0.00 | $4,305.86 |
| 944 | Insuramax Inc. | $84,745.00 | $0.00 | $25,535.14 |
| 945 | Michael Puckett | $91,674.00 | $0.00 | $27,622.97 |
| 956 | Mary Avenue Retail LP | $33,278.82 | $0.00 | $10,027.48 |
| 959 | Seal-Tek Solutions LP | $4,641.05 | $0.00 | $1,398.43 |
| 969 | FDIC Receiver for First United Bank | $13,208,556.93 | $0.00 | $3,979,967.66 |
| 973 | RR Donnelly & Sons Company | $24,325.10 | $0.00 | $7,329.58 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 979 | New City Center LLC | $1,434.33 | $0.00 | $432.19 |
| 988 | Ramon Perales | $80,205.84 | $0.00 | $24,167.41 |
| 995 | Jordon Perlmutter & Company | $31,791.10 | $0.00 | $9,579.21 |
| 1001 | Marlin Leasing Corporation | $9,719.85 | $0.00 | $2,928.76 |
| 1002 | DE Reed Agency, Inc. | $541,666.84 | $0.00 | $163,213.63 |
| 1018 | Southern California Edison Company | $3,175.72 | $0.00 | $956.90 |
| 1038 | AT&T | $4,951.50 | $0.00 | $1,491.97 |
| 1053 | AT&T | $19,982.94 | $0.00 | $6,021.21 |
| 1065 | Dominion-Virginia Power | $1,343.20 | $0.00 | $404.76 |
| 1068 | Towerstone, Inc. | $360.34 | $0.00 | $108.58 |
| 1073 | NCMIC Finance Corp. | $7,146,508.00 | $0.00 | $2,153,367.01 |
| 1080 | Crow Reynolds Shetley & McVey LLP | $6,137.40 | $0.00 | $1,849.31 |
| 1085 | Formerly the Claim of Fifth Third Bank Payment per 8/22/18 (Doc# 6110) Order Approving Settlement Agreement | $1,736,443.65 | $1,736,443.65 | $0.00 |
| 1085 | VonWin Capital Management, LP Balance of Claim | $3,950,000.00 | $0.00 | $1,190,203.62 |
| 1098 | Vader Insurance Inc. | $2,530.83 | $0.00 | $762.58 |
| 1099 | Arensberg Insurance | $2,639.30 | $0.00 | $795.27 |
| 1101 | Arensberg Insurance | $16,329.74 | $0.00 | $4,920.43 |
| 1117 | Jean R. Martin | $8,821.14 | $0.00 | $2,657.96 |
| 1121 | Summers Spencer & Callison CPAs, Chtd. | $15,200.88 | $0.00 | $4,580.29 |
| 1127 | Fulbright & Jaworski LLP | $268,200.68 | $0.00 | $80,813.52 |
| 1130 | HK New Plan Skyway Plaza LLC | $40,218.73 | $0.00 | $12,118.60 |
| 1137 | Enterprise Bank & Trust | $846,669.26 | $0.00 | $255,116.16 |
| 1143 | The Bank of New York, as Trustee... Per Settlement and 11/10/16 Order | $24,579.79 | $24,579.79 | $0.00 |
| 1144 | The Bank of New York, as Trustee... Per Settlement and 11/10/16 Order | $47,254.22 | $47,254.22 | $0.00 |
| 1145 | The Bank of New York, as Trustee.. Per Settlement and 11/10/16 Order | $193,680.97 | $193,680.97 | $0.00 |
| 1146 | The Bank of New York, as Trustee... Per Settlement and 11/10/16 Order | $469,179.91 | $469,179.91 | $0.00 |
| 1154 | The Bank of New York Mellon Per Settlement approved by 11/10/16 Order (Doc# 5925) specified payment of reduced amount of claim) | $515,305.11 | $515,305.11 | $0.00 |
| 1156 | The Bank of New York Mellon | $300,000.00 | $0.00 | $90,395.21 |
| 1179 | RLI Insurance Company | $52,844.00 | $0.00 | $15,922.82 |
| 1186 | Kansas Insurance Department (Administrative Expense Claim) | $22,049.37 | $22,049.37 | $0.00 |
| 1187 | Spanish Yellow Pages | $1,094.80 | $0.00 | $329.88 |
| 1188 | Ververlyn Bowens | $1,108.00 | $0.00 | $333.85 |
| 1196 | Cedar Glade LP | $1,962,491.67 | $0.00 | $591,332.82 |

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1251 | Connecticut Department of Revenue Services | $347.50 | $0.00 | $104.70 |
| 1271 | Reavis Insurance & Financial Services, Inc. | $216,804.00 | $0.00 | $65,326.80 |
| 1297 | Pinnacol Assurance | $15,000.00 | $0.00 | $4,519.75 |
| 975 | Chubb & Sons, Inc. | $119,122.10 | $0.00 | $35,893.56 |

Total to be paid for timely general unsecured claims: $13,623,047.68
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $3,248,548.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1198 | Curtis J. Zerr | $55,160.58 | $0.00 | $0.00 |
| 1300 | Gardner Walton & Associates, Inc. | $2,668,698.30 | $0.00 | $0.00 |
| 1310 | Searphein Beyn Advertising | $524,680.00 | $0.00 | $0.00 |

Total to be paid for tardy general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $102,688,056.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 62 | Ohio Department of Taxation | $500.00 | $0.00 | $0.00 |
| 515 | Louisiana Department of Revenue | $2.50 | $0.00 | $0.00 |
| 961 | Missouri Department of Revenue | $95.67 | $0.00 | $0.00 |
| 1108 | AG Deutsche, DZ Bank | $26,363,184.93 | $0.00 | $0.00 |
| 1110 | AG Deutsche, DZ Bank | $26,363,184.93 | $0.00 | $0.00 |
| 1112 | Ag Deutsche, DZ Bank | $31,617,331.26 | $0.00 | $0.00 |
| 1155 | The Bank of New York Mellon | $18,342,917.13 | $0.00 | $0.00 |
| 1277 | Wisconsin Department of Revenue | $840.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)